## MOTION AND PROCEDURAL RULINGS

**2007–0558. Wilborn v. Bank One Corp.**
Mahoning App. No. 04–MA–182, 2007-Ohio-596. On motion for admission pro hac vice of Seth R. Lesser by Michael S. Miller. Motion granted.

**2007–2429. State v. Clayton.**
Franklin App. No. 07AP–454. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and CUPP, JJ., dissent.

**2007–2441. State v. Dawson.**
Montgomery App. No. 21768, 2007-Ohio-5172. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2007–2456. State v. Bibbs.**
Clark App. No. 06–CA–119, 2007-Ohio-5565. On motion for leave to file delayed appeal. Motion granted.
LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2008–0005. State v. Eismon.**
Fairfield App. No. 06–CA–15, 2007-Ohio-4121. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2008–0016. State v. Tribble.**
Hamilton App. No. C–060638. On motion for leave to file delayed appeal. Motion denied.

**2008–0030. Moore v. Lorain Metro. Hous. Auth.**
Lorain App. No. 06CA008995, 2007-Ohio-5111. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Journal Entry filed December 12, 2007:
"Whether operation of a public housing authority is a proprietary or a governmental function?"
The conflict cases are *Rhoades v. Cuyahoga Metro. Hous. Auth.*, Cuyahoga App. No. 84439, 2005-Ohio-505, *McCloud v. Nimmer* (1991), 72 Ohio App.3d 533, *Jones v. Lucas Metro. Hous. Auth.* (Aug. 29, 1997), Lucas App. No. L-96–212, and *Country Club Hills Homeowners Assn. v. Jefferson Metro. Hous. Auth.* (1981), 5 Ohio App.3d 77.
Sua sponte, cause consolidated with 2007–2106, *Moore v. Lorain Metro. Hous. Auth.*, Lorain App. No. 06CA008995, 2007-Ohio-5111.

**2008–0054. State ex rel. Otten v. Wyler.**
In Procedendo. On motions to dismiss. An alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:
The parties shall file any evidence they intend to present within ten days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within ten days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent and would grant the writ.

**2008–0065. State v. Baldwin.**
Stark App. No. 2006–CA–00292, 2007-Ohio-5812. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–0066. State v. Banks.**
Wood App. Nos. WD–06–094 and WD–06–095, 2007-Ohio-5311. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.